# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>         vs.<br><br>BLANCA AVILA-RESENDIZ,<br><br>                                Defendant. | Case No. 15cr2941-LAB-1<br><br>**ORDER DENYING AS MOOT MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) [Dkt. 54]** |

On April 23, 2021, Defendant Blanca Avila-Resendiz filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. 54). According to the BOP website, however, Avila-Resendiz was released from prison on October 23, 2021. Bureau of Prisons, *Inmate Locator: Blanca Avila-Resendiz*, https://www.bop.gov/inmateloc/ (last accessed February 4, 2022). Given that Avila-Resendiz has already been released from prison, her request for a reduction of sentence is rendered moot and her Motion is therefore **DENIED AS MOOT**.

   **IT IS SO ORDERED**.

Dated: February 7, 2022

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge